# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-1770

———————————————

IRWIN HICKS, JR.,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

July 8, 2026

PER CURIAM.

    AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Irwin Hicks Jr., pro se, Appellant.

Dan Johnson, General Counsel, Department of Corrections, Tallahassee; James Uthmeier, Attorney General, and Claudia P. Humphrey, Assistant Attorney General, Tallahassee, for Appellee.